December 16, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

ALAN PETRIE, Appellant

NO. 14-13-00123-CV                    V.

UDR TEXAS PROPERTIES, L.P. D/B/A THE GALLERY APARTMENTS,
UNITED DOMINION REALTY TRUST, INC., ASR OF DELAWARE, L.L.C.,
AND UDR WESTERN RESIDENTIAL, INC., Appellees

_____

This court today heard the motion for rehearing filed by Appellees. We order that the motion be **OVERRULED**, this court's former judgment of August 14, 2014 be vacated, set aside, and annulled, and this court's Memorandum Opinion of August 14, 2014 be withdrawn.

This cause, an appeal from the judgment in favor of appellees, UDR Texas Properties, L.P. d/b/a The Gallery Apartments, United Dominion Realty Trust, Inc., ASR of Delaware, L.L.C., and UDR Western Residential, Inc., signed January 16, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, UDR Texas Properties, L.P. d/b/a The Gallery Apartments, United Dominion Realty Trust, Inc., ASR of Delaware, L.L.C., and UDR Western Residential, Inc.

We further order this decision certified below for observance.